## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| NARTRON CORPORATION,<br>a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TUTHILL CORPORATION,<br>a Missouri corporation,<br><br>　　　　　Defendant. | Case No. 2: 05CV70323<br>Hon. Lawrence P. Zatkoff<br><br>Magistrate Judge Mona K. Majzoub |

| | |
|---|---|
| NATHAN, NEUMAN & NATHAN, P.C.<br>Kenneth F. Neuman (P39429)<br>Leif K. Anderson (P53305)<br>Counsel for Plaintiff<br>29100 Northwestern Hwy., Ste. 260<br>Southfield, MI  48034<br>(248) 351-0099 | CLARK HILL<br>David A. Sebastian (P47139)<br>Counsel for Defendant<br>500 Woodward Avenue, Ste. 3500<br>Detroit, MI  48226<br>(313) 965-8300 |

### ORDER FOR FIRST AMENDMENT TO SCHEDULING ORDER

This matter having come before the Court upon the stipulation of the parties; and the Court being fully and duly advised in the premises:

**IT IS HEREBY ORDERED** that the discovery cut-off date in this case, originally set for November 20, 2005, is extended until December 23, 2005.

**IT IS FURTHER ORDERED** that the dispositive motion filing cut-off date, originally set for December 15, 2005, is extended until January 30, 2006.

**IT IS FURTHER ORDERED** that all remaining dates in the Scheduling Order dated June 9, 2005 shall remain in full force and effect.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: October 28, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 28, 2005.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290

                                            ENTRY OF THIS ORDER SHALL

                                            NOT DELAY THE PROCEEDINGS

                                            IN THE ABOVE MATTER IN

                                            ANY MATTER WHATSOEVER

3

S:\Zatkoff\Marie ECF\05-70323.nartron.extend.wpd