# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NARTRON CORPORATION,

          CASE NO. 05-70323

Plaintiff,           HON. LAWRENCE P. ZATKOFF

v.

TUTHILL CORPORATION,
a Missouri corporation,

    Defendant.

_____/

## ORDER AMENDING SCHEDULING ORDER

      Pursuant to the December 20, 2005 stipulation of the parties, the Court HEREBY ORDERS that the discovery cut-off date be extended from December 23, 2005 until March 4, 2006, that the dispositive motion cut-off date be extended from January 30, 2006 to March 31, 2006, that the Pre-Trial Settlement Conference be adjourned from April 20, 2006 to June 15, 2006 at 10 a.m., and that the case be moved to the July 2006 trailing docket.

    IT IS SO ORDERED.

                                    s/Lawrence P. Zatkoff
                                    LAWRENCE P. ZATKOFF
                                    UNITED STATES DISTRICT JUDGE

Dated: January 10, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 10, 2006.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290